Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Angelice Ann Chancellor
)
)
*Plaintiff(s)*
)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
)
-v-
)
)
Elon Musk, USA Treasury
)
*Defendant(s)*
)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case: 1:25-cv-02102
Assigned To : Unassigned
Assign. Date : 7/1/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Angelice Ann Chancellor
Street Address: 7536 S Colfax Ave 2B
City and County: Chicago, Cook County
State and Zip Code: Illinois, 60649
Telephone Number: (312) 428-8592
E-mail Address: annchance143@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

JUL 01 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Elon Musk
- Job or Title (if known): SAM Surface Air Missile thrower
- Street Address: The White House
- City and County: Washington, D.C. / Pennsylvan[ia]
- State and Zip Code: Washington DC
- Telephone Number: (202) 456-7041
- E-mail Address (if known): er471@who.eop.gov

Defendant No. 2
- Name: Department of Government Efficiency (DOGE)
- Job or Title (if known):
- Street Address: 1600 Pennsylvania Ave NW
- City and County: Washington, District of Colombia
- State and Zip Code: Washington, D.C. 20500
- Telephone Number: (202) 456-7041
- E-mail Address (if known): er471@who.eop.gov

Defendant No. 3
- Name: Department of the Treasury
- Job or Title (if known): Department of Treasures
- Street Address: 1500 Pennsylvania Ave
- City and County: Washington, D.C. 20220
- State and Zip Code: District of Colombia 20220
- Telephone Number: (202) 622-6000
- E-mail Address (if known): Phishing@irs.gov

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 12182  CGAC Code: 097  31 U.S. Code § 3123
10 U.S. Code § 921, 18 U.S.C. § 798, 31 U.S. Code § 312
18 U.S. Code § 641, 18 U.S. Code § 641 U.S. Code § 510

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Angelica Ann Chancellor, is a citizen of the State of *(name)* Jasmine Estate.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Angelica Ann Chancellor, is incorporated under the laws of the State of *(name)* Excluded from War, and has its principal place of business in the State of *(name)* A Lone/Abandoned/need new home to retire

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Elon Musk, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* White House Official Owner of Washington D.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, (name) __DOGE__, is incorporated under the laws of the State of (name) __Washington DC__, and has its principal place of business in the State of (name) __Washington D.C__.

Or is incorporated under the laws of (foreign nation) __USA__, and has its principal place of business in (name) __1707 N Randall Rd Ste 200 Elgin IL 60123__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

16 U.S. Code § 178
31 U.S. Code § 3123
10 Trillion USD Dollars SSA Title V Allotment and overdue funds Due to 10 US Code § 921
18 U.SC § 798, 31 US Code § 3125

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fort of Guard SAM CGAC Code: 097
18 U.SC § 798, 31 U.S Code § 3125, 18 U.S Code § 641,
18 U.S. Code § 641 U.S Code § 510
31 U.S. Code § 3123   42 U.S Code § 12182

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

31 U.S. Code § 3123
Authority to make credits/refunds
31 CFR Part 245
26 U.S. Code § 6402   31 U.S. Code § 3334
31 U.S. Code § 1324    31 U.S. Code § 3702
Check reclamation which a recovery procedure used by the Bureau of the Fiscal Service to obtain refunds from JP Morgan Chase Bank

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/1/2025

Signature of Plaintiff: *Angelica Ann Chancellor*
Printed Name of Plaintiff: Angelica Ann Chancellor

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____